SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2017 APR 19 PM 4:55

OFFICE OF THE CLERK

| UNITED STATES OF AMERICA, | 8:17CR 138 |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | 21 U.S.C. § 841(a)(1) and (b)(1). |
| BALDEMAR ARAMBUL, | 21 U.S.C. § 846 |
| Defendant. | 18 U.S.C. § 1956 |

The Grand Jury charges that:

## COUNT I

Beginning on or about January 1, 2014, and continuing to on or about March 29, 2017, in the District of Nebraska and elsewhere, Defendant BALDEMAR ARAMBUL, did knowingly and intentionally combine, conspire, confederate, and agree with other persons known and unknown to the Grand Jury to distribute and possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1).

In violation of Title 21, United States Code, Section 846.

## COUNT II

(1) Beginning on or about January 1, 2014, and continuing to on or about March 29, 2017, in the District of Nebraska and elsewhere, Defendant BALDEMAR ARAMBUL, did knowingly and intentionally combine, conspire, confederate, and agree with other persons known and unknown to the Grand Jury to commit certain offenses under Title 18, United States Code, Section 1956, to wit:

1

(a) to knowingly conduct and attempt to conduct financial transactions affecting interstate commerce, which involved the proceeds of specified unlawful activity, that is, distribution of methamphetamine in violation of Title 21, United States Code, Section 841 and conspiracy to distribute and possess with intent to distribute methamphetamine in violation of Title 21, United States Code, Section 846, knowing that the transactions were designed in whole and in part to conceal and disguise the nature, location, source, ownership and control of the proceeds of said specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, knew the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

## MANNER AND MEANS

(2) Beginning as early as January 1, 2014, and continuing over the course of the conspiracy, Defendant BALDEMAR ARAMBUL sold bulk pound quantities of methamphetamine in the Omaha area. BALDEMAR ARAMBUL would collect proceeds in the form of United States currency from the sale of methamphetamine and transfer and deliver said proceeds to other conspirators who, would prepare, conceal, and ship the cash to Mexico in order to disguise the nature, location, source, ownership and control of the proceeds.

All in violation of Title 18, United States Code Section 1956(h).

A TRUE BILL

_____
FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

_____
THOMAS J. KANGIOR
Assistant United States Attorney