IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:17CR138 |
| vs. | |
| BALDEMAR ARAMBUL, | ORDER |
| Defendant. | |

This matter is before the court on the motion of Assistant Federal Public Defender Kelly M. Steenbock and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Baldemar Arambul (Filing No. 18). Ms. Steenbock represents that the Office of the Federal Public Defender has a conflict of interest in this matter. Ms. Steenbock's and the Office of the Federal Public Defender's motion to withdraw (Filing No. 18) is granted. Glenn A. Shapiro, 1001 Farnam Street, 3rd Floor, Omaha, Nebraska 68102, (402) 341-0700, is appointed to represent the defendant for the balance of these proceedings pursuant to the Criminal Justice Act. Ms. Steenbock shall forthwith provide Mr. Shapiro with the discovery materials provided the defendant by the government and such other materials obtained by Ms. Steenbock which are material to the defendant's defense.

The clerk shall provide a copy of this order to Mr. Shapiro, and he shall file his appearance forthwith.

Dated this 9th day of June, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge