# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:17CR138 |
| vs. | ) | |
| | ) | ORDER |
| BALDEMAR ARAMBUL, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Due to the case of Judds Brothers Construction Co. v. Mersino Dewatering, Inc. 8:16cv1 continuing trial on September 26, 2017, the matter of USA v. Baldemar Arambul shall be continued.

**IT IS ORDERED**:

1. The jury trial now set for September 26, 2017 is continued to **October 3, 2017.**

DATED this 25th day of September, 2017.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge